IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :
                               :        CRIMINAL ACTION
        v.                     :
                               :        NO. 10-800-01
BARRETT BYRON STATON           :


## O R D E R

   **AND NOW**, this ___8th___ day of ___June___, 2012, upon consideration of

Defendant Barrett Byron Staton's Motion to Compel Disclosure of Grand Jury Minutes and

Testimony (ECF No. 87) and Motion to Dismiss Indictment (ECF No. 90), and all papers

submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

   1.     Defendant Barrett Byron Staton's Motion to Compel Disclosure of Grand Jury

          Minutes and Testimony is **DENIED**.

   2.     Defendant Barrett Byron Staton's Motion to Dismiss Indictment is **DENIED**.

   **IT IS SO ORDERED**.



                                   **BY THE COURT:**



                                   _____
                                   **R. BARCLAY SURRICK, J.**