IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 10-800-01 |
| BARRETT BYRON STATON | : | |
| MATTHEW STATON | : | |

**O R D E R**

 **AND NOW**, this _31st_ day of _October_, 2013, upon consideration of the

Government's calculation of the amount of fraud-related losses sustained by the victims, and

Defendants' objections thereto, and after hearing in open court, it is **ORDERED** that the

objections are **OVERRRULED**.  The fraud related losses attributable to Barrett Byron Staton

for sentencing purposes are reasonably estimated to be $2,070,529.74.  The fraud related losses

attributable to Matthew Staton are reasonably estimated to be $1,967,926.10.

 **IT IS SO ORDERED.**

                                                    **BY THE COURT:**


                                                    _____
                                                    **R. BARCLAY SURRICK, J.**